AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Jonathan Gabriel
*Plaintiff*
v.
Commissioner of Social Security
*Defendant*

Civil Action No. 3:17-CV-04

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff and against Defendant; Commissioner's non-disability finding is reversed and the matter is remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405 (g) for payment of benefits based on Plaintiff's application for SSI protectively filed on April 15, 2013.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for

Date: 3/9/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*